NOT FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

APR 24 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JESSIE RAY LYNN HORN, | No. 17-56658 |
| Petitioner-Appellant, | D.C. No. 3:14-cv-03030-BTM-BGS |
| v. | |
| W. L. MONTGOMERY, Acting Warden, | MEMORANDUM* |
| Respondent-Appellee. | |

Appeal from the United States District Court
for the Southern District of California
Barry Ted Moskowitz, District Judge, Presiding

Submitted April 17, 2019**

Before:    McKEOWN, BYBEE, and OWENS, Circuit Judges.

Jessie Ray Lynn Horn appeals from the district court's judgment denying his

28 U.S.C. § 2254 habeas petition. Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Horn's counsel has filed a brief stating that there are no grounds for relief,

along with a motion to withdraw as counsel of record. Horn has filed two pro se

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

supplemental briefs, which we have considered. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses that the certified issues provide no basis for appellate relief. *See Graves v. McEwen*, 731 F.3d 876, 880-81 (9th Cir. 2013).

Counsel's motion to withdraw is **GRANTED.**

All other pending motions are denied.

**AFFIRMED.**

17-56658